UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-23192-MC-MARRA

DONALD ALAN TOBKIN,

    Appellant,

vs.

JACQUELINE CALDERIN, Trustee,

    Appellee.

_____/

## OPINION AND ORDER DISMISSING CASE

**THIS CAUSE** is before the Court *sua sponte*. In the instant case, *pro se* Appellant Donald Alan Tobkin ("Tobkin") filed on August 30, 2012, a Motion for Leave to Appeal [DE 1 at 1], and a Motion for Stay Relief Pending the Outcome of Appeal [DE 1 at 3]. These motions are identical, to the letter, of the filings made by Tobkin in another case, dismissed by this Court eight days earlier, on August 22, 2012. *See* Case No. 12-MC-22692-MARRA.

In the earlier filed matter bearing the same style, *Tobkin v. Calderin*, the Court dismissed the case finding that Appellant has not sought leave of Court to review an interlocutory order. In its Opinion and Order, the Court made it clear, however, that even if Appellant had properly sought leave, it still would have declined to exercise its discretion to review the order. *See* DE 11 in Case No. 12-MC-22692. This was because the interlocutory order on appeal, the same order on appeal in this case (an order denying debtor's motion for protective order), denies a motion

seeking to prevent discovery relating to debtor's claimed exemptions.  It neither permits nor precludes the Trustee's administration of assets on behalf of the bankruptcy estate.  The Opinion and Order concluded that "[e]ven if Appellant had filed a motion for leave of court, however, the Court would have declined to entertain the appeal.  There is no indication that the legal issues presented in the order denying a protective order involve a controlling question of law, let alone one over which there is substantial ground for difference of opinion.  Moreover, it is clear that allowing an immediate appeal of the order would not advance the ultimate termination of the litigation.  Therefore, the Court would not have exercised its discretion to review the order below even if Appellant had properly moved for such review." *Id.*

There being no indication of any changed circumstances or advancement in the underlying case in the eight days between the closing of the earlier case and the filing of the instant one, the Court declines to exercise its discretion to entertain this interlocutory appeal.  Therefore, it is hereby

**ORDERED AND ADJUDGED** that this case **DISMISSED** for the same reasons provided in this Court's Opinion and Order Dismissing Case for Lack of Jurisdiction. Case No. 12-MC-22692-KAM, DE 11.  The Clerk of this Court is **ORDERED** to **CLOSE THE**

CASE.  All pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 26th day of September, 2012.

 

_____
KENNETH A. MARRA
United States District Judge